IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:10CR358-1
:
JUSTIN CARL MOOSE :

The Grand Jury charges:

From on or about August 3, 2010, continuing up to and including on or about September 5, 2010, the exact dates to the Grand Jurors unknown, in the County of Cabarrus, in the Middle District of North Carolina, JUSTIN CARL MOOSE did teach the making and use of an explosive, a destructive device, and a weapon of mass destruction, and did distribute information pertaining to the manufacture and use of an explosive, destructive device, and weapon of mass destruction, with the intent that the teaching and information be used for, and in furtherance of, an activity that constitutes a Federal crime of violence, specifically, a violation of Title 18, United States Code, Section 248(a)(1) and (3), freedom

of access to clinic entrances; in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).

A TRUE BILL:

_____
FOREPERSON

*[signature]*
GRAHAM T. GREEN
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
JOHN W. STONE, JR.
ACTING UNITED STATES ATTORNEY

2