PROB 12B
10/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina



### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing Is Attached)

Name of Offender:  JUSTIN CARL MOOSE              Case Number:  1:10CR358-1

Name of Sentencing Judicial Officer:   The Honorable Thomas D. Schroeder

Date of Original Sentence:   March 2, 2011

Original Offense:   Distributing Information Relating to the Making of an Explosive Device to be Used to Commit a Federal Crime of Violence, in violation of 18 U.S.C. §§ 842(p)(2)(A) and 844(a)(2).

Original Sentence:   30 months Bureau of Prisons followed by 3 years supervised release.

Type of Supervision: Supervised Release         Date Supervision Commenced: November 12, 2012
                                                (Scheduled BOP release date.)
                                                Date Supervision Expires: November 11, 2015

Assistant U.S. Attorney: Graham Green                    Defense Attorney: Walter C. Holton, Jr.

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervision as follows:

The defendant shall not associate with or communicate with any person or group known to advocate violence against any women's reproductive health care provider or facilities that provide pregnancy termination services.  The defendant shall remain at least 1,000 feet from any provider or facility that provides reproductive health care services including pregnancy terminations.

### CAUSE

Based on the nature of the instant offense, the probation officer is recommending these additional conditions to assist in monitoring Mr. Moose's social networks and associations and to limit direct access to women's health care facilities.

Respectfully submitted,

*Cole N. Masear*
Cole N. Masear
Sr. U.S. Probation Officer

**Re: JUSTIN CARL MOOSE**                                                                                                    **PAGE 2**

Approved by:

_(signature)_                                                    10/4/12
Michael Barr                                                     Date
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_(signature)_
Signature of Judicial Officer

October 10, 2012
Date

PROB 49
03/01

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina
## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

The defendant shall not associate with or communicate with any person or group known to advocate violence against any women's reproductive health care providers or facilities that provide pregnancy terminations services. The defendant shall remain at least 1,000 feet from any provider or facility that provides reproductive health care services including pregnancy terminations.

Witness: _____  Signed: _____
Cole N. Masear                                   Justin Carl Moose
Sr. U.S. Probation Officer                      Probationer/Releasee
_____10/12/12_____
Date